**Dismissed and Memorandum Opinion filed December 5, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00136-CV

## IN THE INTEREST OF A.A., A.A., AND A.A., CHILDREN, Appellant

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-25177**

## MEMORANDUM OPINION

This appeal is from a final order to modify the parent-child relationship signed February 1, 2024. *See* Tex. Fam. Code Ann. § 109.002. The clerk's record was filed July 17, 2024. The reporter's record was filed May 31, 2024. No appellant's brief was filed.

On November 1, 2024, we issued a notice stating that unless appellant A.J.A. filed a brief within 10 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal for want of prosecution.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.